IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA
CIVIL ACTION

ROBERT TALLENT and SHARON
TALLENT,

Plaintiffs,

CASE NO.: CA-12-2461

-vs-

DARRAL K. SINDY, and
SCHNEIDER NATIONAL CARRIERS, INC.

Defendants.
_____/

## COMPLAINT

COME NOW the Plaintiffs, ROBERT TALLENT and SHARON TALLENT, by and through their undersigned attorneys, and sue Defendants, DARRAL K. SINDY and SCHNEIDER NATIONAL CARRIERS INC., and allege:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00).

2. On or about September 27, 2011, Defendant, SCHNEIDER NATIONAL CARRIERS INC., owned a motor vehicle that was operated with consent by Defendant, DARRAL K. SINDY, at or near SR 93 (I-75), Hernando County, Florida.

3. Defendant, DARRAL K. SINDY, is a resident of Sylvester, GA, and is subject to Florida Long-Arm Statute §48.193. The Court hast jurisdiction over the Defendant as the Defendant committed a tortious act in the State of Florida while operating a motor vehicle.

4. At that time and place Defendant, DARRAL K. SINDY, negligently operated or maintained the motor vehicle so that it collided with Plaintiff's, SHARON TALLENT, motor vehicle which was also occupied by Plaintiff, ROBERT TALLENT.

## COUNT I
## BODILY INJURY CLAIM OF SHARON TALLENT

Plaintiff, SHARON TALLENT, reiterates and realleges Paragraphs 1 through 4 as if more fully set forth herein and further alleges:

5. As a result, Plaintiff, SHARON TALLENT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and she lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff, SHARON TALLENT, demands judgment against Defendants, DARRAL K. SINDY and SCHNEIDER NATIONAL CARRIERS, in excess of Fifteen Thousand ($15,000) Dollars, and request a trial by jury of all issues triable as of right by a jury.

## COUNT II
## BODILY INJURY CLAIM OF ROBERT TALLENT

Plaintiff, ROBERT TALLENT, reiterates and realleges Paragraphs 1 through 4 as if more fully set forth herein and further alleges:

6. As a result, Plaintiff, ROBERT TALLENT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are

either permanent or continue and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and he lost the use of it during the period required for its repair and replacement.

WHEREFORE, Plaintiff, ROBERT TALLENT, demands judgment against Defendants, DARRAL K. SINDY and SCHNEIDER NATIONAL CARRIERS, in excess of Fifteen Thousand ($15,000) Dollars, and request a trial by jury of all issues triable as of right by a jury.

DATED this /31/ day of August, 2012.

Herbert H. Hofmann II, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
HHofmann@forthepeople.com
TEgner@ForThePeople.com
Florida Bar #: 937355
Attorney for Plaintiff(s)